21 So.2d 855

### Louis DISIKER v. STATE.
### I Div. 512.

Court of Appeals of Alabama.
March 13, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

21 So.2d 855

### Coley DOZIER v. STATE.
### 7 Div. 807.

Court of Appeals of Alabama.
Feb. 13, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

23 So.2d 883

### Lige DUBOSE v. STATE.
### 4 Div. 928.

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

21 So.2d 855

### George ELMORE and Ewell Elmore v. STATE.
### 4 Div. 890.

Court of Appeals of Alabama.
April 3, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

24 So.2d 921

### Edward EVANS v. STATE.
### 7 Div. 826.

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

23 So.2d 144

### Willie FIELDS v. STATE.
### 6 Div. 188.

Court of Appeals of Alabama.
May 22, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.